MICHAEL BAILEY
United States Attorney
District of Arizona
ANNA WRIGHT
Assistant U.S. Attorney
NATHANIEL J. WALTERS
Assistant U.S. Attorney
State Bar No.: 029708
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
E-mail: anna.wright@usdoj.gov
E-mail: nathaniel.walters@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>  vs.<br><br>Natalie Renee Hoffman, et. al.<br><br>             Defendants. | CR-19-00693-TUC-RM<br><br>(17-mj-00339-N/A-BPV)<br><br><br>NOTICE OF APPEAL |

      Notice is hereby given that the United States, the plaintiff in the above case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the district court's order, on appeal from the convictions and sentences imposed by the magistrate judge, "revers[ing] the defendants' convictions based on the RFRA defense" and ordering the magistrate to enter a "judgment of acquittal and vacatur of Defendants' sentences." The district court's order was entered on February 3, 2020 (Dkt. 22), and the judgments and dismissals were entered on February 24, 2020 (Dkt. 24-27).

//

//

//

Respectfully submitted this 2nd day of March, 2020.

    MICHAEL BAILEY
    United States Attorney
    District of Arizona

    */s/ Anna R. Wright*
    */s/ Nathaniel J. Walters*

    ANNA WRIGHT &
    NATHANIEL J. WALTERS
    Assistant U.S. Attorneys

Copy of the foregoing served electronically or by other means this 2nd day of March, 2020, to:

All ECF participants